# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  **David Neil Karabell** | Case No. | **21-13407** |
| Debtor(s) | Chapter | **7** |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 7, 2022**, a copy of **Amended Schedules B,C,I and J** were served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Express**
**Bank of America**
**Capital One**
**Capital One Bank**
**Citi Cards**
**PennyMac Loan Services LLC**
**SYNCB/Amazon PLCC**
**Wawa/CBNA**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**