Certificate Number: 03088-PAE-DE-036358731

Bankruptcy Case Number: 21-13407



03088-PAE-DE-036358731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2022, at 2:14 o'clock PM CST, David N Karabell completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 27, 2022            By:    /s/Doug Tonne

                                     Name:  Doug Tonne

                                     Title: Counselor